FILED
JUN 10 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDA BERNICE WALKER, )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:19-cv-01501 (UNA)
)
)
BOBBY JETTER HUNTER, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION

This matter is before the court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668–71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). "A confused and rambling narrative of charges and conclusions . . . does not comply with the requirements of Rule 8." *Cheeks v. Fort Myer Constr. Corp.*, 71 F. Supp. 3d 163, 169 (D.D.C. 2014) (citation and internal quotation marks omitted).

Plaintiff sues Bobby Jetter Hunter, Lionel Richie, and Diana Ross. The complaint contains ambiguous and disjointed allegations, failing to provide adequate notice of any claim. Plaintiff alleges that several decades ago (1) she was assaulted, (2) her song lyrics were stolen, and that, (3) she suffered unspecified discrimination in college and unspecified future harm to her children. Plaintiff seeks $100,000 in damages, though the causes of action are entirely unclear, as is any connection between her purported allegations. The complaint also fails to set forth a basis with respect to this court's subject matter jurisdiction over plaintiff's entitlement to relief or personal jurisdiction over the named defendants.

As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8(a). Therefore, the court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An order consistent with this memorandum opinion is issued separately.

Date: June 7, 2019

/s/
United States District Judge
J. Boasberg